B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Local Choices US,Inc. - AB66Broadcasting,Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>AB66TX, Inc. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):　　562669798, 061819903 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1112 S.Wabash Ave.<br>5th floor<br>Chicago, Illinois 60605<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook　　　　　　　　　　　60605　ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7　　☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor  Local Choices US,Inc-AB66Br

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_  <br>Signature of Petitioner or Representative (State title)  <br>James Vincent    12/18/07  <br>Name of Petitioner     Date Signed  <br><br>Name & Mailing Address of Individual Signing in Representative Capacity:  <br>1111 S. Wabash Ave. #1609  <br>Chicago, Il, 60605 | x _____  <br>Signature of Attorney     Date  <br><br>Name of Attorney Firm (If any)  <br>Address  <br><br><br>Telephone No. |
| x _[signature: David Capreol]_  <br>Signature of Petitioner or Representative (State title)  <br>David Capreol    12-18-07  <br>Name of Petitioner     Date Signed  <br><br>Name & Mailing Address of Individual Signing in Representative Capacity:  <br>2610 W. 23rd st. #2  <br>Chicago, Illinois 60608 | x _____  <br>Signature of Attorney     Date  <br><br>Name of Attorney Firm (If any)  <br>Address  <br><br><br>Telephone No. |
| x _[signature]_  <br>Signature of Petitioner or Representative (State title)  <br>Noelle Vincent    12/18/07  <br>Name of Petitioner     Date Signed  <br><br>Name & Mailing Address of Individual Signing in Representative Capacity:  <br>1111 S. Wabash Ave #1609  <br>Chicago, Illinois 60605 | x _____  <br>Signature of Attorney     Date  <br><br>Name of Attorney Firm (If any)  <br>Address  <br><br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| James Vincent  <br>1111 S. Wabash Ave. #1609, Chicago, Illinois 60605 | Debt | $320,000 |
| David Capreol  <br>2610 w. 23rd st. #2, Chicago, Illinois 60608 | Debt | $47,000 |
| Noelle Vincent  <br>1111 S. Wabash Ave , #1609, Chicago, Illinois 60605 | Debt | $250,000 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  $617,000

_____ continuation sheets attached

Sarah Richter
C/O Reda / Ciprian / Magnone , LLC
Attorneys at Law
8501 W. Higgins #440
Chicago, Il 60631
773-399-1122

AJP Cleaning
554 Patton Dr
Buffalo Grove, Il 60089
847-644-0609

Allied Waste Service
2608 S. Damen
Chicago, Il 60608
773-579-3600

Cintas
1201 W. St. Charles Rd
Maywood, Il 60153
708-613-3100

CIT Technology
Financial Services,Inc
p.o. 100706
Pasadena, Calif. 91189
#901-002-4330-000
877-805-3701

Databerry Inc.
C/O/ Transworld Recovery
561-572-2130 ph
Fax 561-572-2132
200 Knuth Rd. suite 254
Boynton Beach, Fl 33436
#11117

Dell Financial Services
877-663-3355
Payment Processing Center
4307 Collection Center Rd.
Chicago, Il 60693
003-8478735-001

Mary Ellen Rosemeyer
312-332-8866
100 W. Monroe St.
Suite 2204
Chicago, Il 60603

Metro Self-Storage
312-243-2222
Fax 312-243-4233
465 N. Des Plaines St.
Chicago, Il 60610

MJB Electric Inc.
380 E. NW Highway
Suite 3201
Des Plaines, Il 60016
847-296-4221
Fax 847-296-4231

Lasalle Bank
850 West Jackson Blvd.
Chicago, Il 60607

Pawnee Leasing
Fax 970-482-2666
700 centre Ave
Fort Collins, Colorado 80526
#264721

MyFax
Protus IP solutions
2379 Holly Lane suite 210
Ottawa, Ontario, Canada
613-822-5491 fax

Peoples Gas
Chicago, Illinois 60687
866-556-6001
8.5000.4802.2706

Premier Waste & Recycling
10823 Langley Ave
Chicago, Il 60628  773-376-4000 # 32629

Rackspace
p.o. 730759
Dallas, Tx 75373
800-961-4454
#674977

United Parcel Service
800-811-1648
UPS lockbox 577
Carol Stream, Il 60132
# 42F01A

Worldwide Express
719 S. State St. #202
Chicago, Il 60605
312-466-9822
#799543210

Zurich North America
8712 Innovation Way
Chicago, Il 60682
800-253-8092
MO17747108.001.00001

Standard Coffee
640 Magazine st.
New Orleans, La. 70130
9859322
800-962-7006
Fax 504-539-5411

Cbeyond
866-424-5680 fax
13474 Collection Center Dr.
Chicago, Il 60693
# 59808

AT&T
P.O. box 8100
Aurora, Il 60507
312-922-4910 005
312-435-8002-593.2
877-95001